**492**

# UNITED STATES of America, Plaintiff–Appellee

**v.**

## Corry AVERETT, Defendant–Appellant.

### No. 12–12544
### Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 25, 2013.

Ramona Albin, Michael B. Billingsley, Frank M. Salter, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Charles Linton, Law Office of Charles Linton, Birmingham, AL, Corry Averett, Talladega, AL, for Defendant–Appellant.

Before DUBINA, Chief Judge,
WILSON and ANDERSON, Circuit
Judges.

PER CURIAM:

Charles Scott Linton, appointed counsel for Corry Averett, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. State of California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Aver-ett's conviction and sentence are **AFFIRMED.**